IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KeONDRA M. CHESTANG**                                                                       **PETITIONER**
**ADC #134005**

v.                              CASE NO.: 5:12CV00083-SWW-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere, and has reviewed *de novo* those portions of the Recommendation to which Mr. Chestang objects. This Court adopts the Recommendation as its own. KeOndra M. Chestang's Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, without prejudice. All pending motions are denied as moot.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a

certificate of appealability is denied.

    IT IS SO ORDERED, this 23rd day of April, 2012.


                                    <u>/s/Susan Webber Wright</u>
                                    UNITED STATES DISTRICT JUDGE