IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KeONDRA M. CHESTANG**                                                              **PETITIONER**
**ADC #134005**

v.                          **CASE NO.: 5:12CV00083-SWW-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, KeOndra M. Chestang's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, without prejudice.

IT IS SO ORDERED this 23rd day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE