# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KeONDRA M. CHESTANG**                                                   **PETITIONER**
**ADC #134005**

**v.**                 **CASE NO.: 5:12CV00083-SWW-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

## ORDER

By order and judgment entered April 23, 2012, the Court dismissed this action without prejudice on the ground that Petitioner did not seek or receive authorization from the Eighth Circuit Court of Appeals to file a successive habeas petition.   Now before the Court is Petitioner's motion for reconsideration (docket entry #9).  The Court finds no basis for reconsideration, and the motion is DENIED.

IT IS SO ORDERED THIS 16TH  DAY OF MAY, 2012.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE